**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2388 |
| | ) | (Crim. Case No. 08 CR 682) |
| **SCOTT C. CARLBERG, 22644-424**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Scott Carlberg ("Carlberg") has just filed, one day short of the first anniversary of his April 3, 2013 judgment of conviction, a 28 U.S.C. § 2255 ("Section 2255") motion seeking to vacate or set aside the 348 month custodial sentence that he is now serving following a guilty plea.[1] Because each of the grounds in Carlberg's Section 2255 motion advances a claim of constitutionally inadequate representation by counsel, the answer from the United States Attorney's office contemplated in Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts is unlikely to be particularly productive. In light of that, this Court issues an order that the following responsive filings be made on or before May 15, 2014:

1. a response by the United States Attorney's office to each of the grounds advanced by Carlberg's motion;

2. a response by Carlberg's second CJA-appointed counsel, Richard Kling, to whom this Court is contemporaneously transmitting the section of

---

[1] Carlberg's indictment had originally contained 14 counts, 11 of them charging bank robberies, two of them involving firearm charges in conjunction with certain of those robberies, and the last being a charge of felon in possession of a firearm.

Carlberg's Section 2255 motion that charges misconduct on the part of attorney Kling; and

3. a response by Carlberg's fourth CJA-appointed counsel, Roger Dusberger, to whom this Court is contemporaneously transmitting the section of Carlberg's Section 2255 motion that charges misconduct on the part of attorney Dusberger.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 7, 2014