**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 2388 |
| | ) | (Crim. Case No. 08 CR 682) |
| **SCOTT C. CARLBERG, 22644-424**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court's July 8, 2014 memorandum order granted an extension to August 22 for the filing of a reply by defendant Scott Carlberg ("Carlberg") to the government's response in connection with Carlberg's pro se 28 U.S.C. § 2255 motion in this case. Although Carlberg's August 13 letter requesting more additional time was received in the Clerk's Office on August 19 and filed on the same day, for some inexplicable reason no copy was transmitted to this Court and the document did not find its way to the docket until August 26. As a result, this Court learned of the letter only from its August 27 ECF review, at which point its secretary printed out the letter at this Court's request.

Quite apart from the fact that what has been recounted here discloses a troubling picture of Clerk's Office procedures, this Court hastens to grant Carlberg's "final request for an additional thirty (30) days." Accordingly his response due date is extended to September 22, 2014.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 29, 2014